JS-6

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROMERO SAYSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-09966-DSF (PLAx)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL**<br><br>Judge: Honorable Dale S. Fischer<br><br>Complaint filed: November 17, 2021<br>Date of removal: December 28, 2021 |

**ORDER**

Upon consideration of the statements in the parties' Joint Stipulation of Dismissal, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

**This Civil Action, including all claims for relief and causes of action, is Dismissed.  Plaintiff Anthony Romero Sayson's individual claims against Defendant BNSF Railway are dismissed with prejudice.  Plaintiff Anthony Romero Sayson's claims on behalf of the putative class are dismissed without prejudice.  Each party is to bear its own fees and costs.  The Court directs the clerk to close the case.**

IT IS SO ORDERED.

DATED:  January 18, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE